In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-09-00124-CR


____________________



LUCIANO SEVILLA, JR., Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 252nd District Court 


Jefferson County, Texas


Trial Cause No. 08-04658






MEMORANDUM OPINION


 On March 2, 2009, the trial court sentenced Luciano Sevilla, Jr., on a conviction for
aggravated assault. Sevilla filed a notice of appeal on March 19, 2009. The trial court
entered a certification of the defendant's right to appeal in which the court certified that this
is a plea-bargain case and the defendant has no right of appeal. See Tex. R. App. P.
25.2(a)(2). The district clerk has provided the trial court's certification to the Court of
Appeals. On March 20, 2009, we notified the parties that we would dismiss the appeal
unless the appellant established grounds for continuing the appeal. No response has been
filed. Because the record does not contain a certification that shows the defendant has the
right of appeal, we must dismiss the appeal. See Tex. R. App. P. 25.2(d). Accordingly, we
dismiss the appeal.

 APPEAL DISMISSED. 

 __________________________________

 CHARLES KREGER

 Justice


Opinion Delivered April 22, 2009 

Do not publish


Before McKeithen, C.J., Kreger and Horton, JJ.